**Opinion filed September 25, 2020**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-20-00207-CR

_____

## RACHEL LAKAYE GUILLORY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 358th District Court**

**Ector County, Texas**

**Trial Court Cause No. D-44,283**

## M E M O R A N D U M   O P I N I O N

Rachel Lakaye Guillory filed an appeal from her August 10, 2020 conviction for the offense of aggravated assault. After Appellant filed this appeal, the trial court granted Appellant's motion for new trial. We dismiss this appeal without prejudice.

On September 22, 2020, the trial court timely signed an order in which it vacated the sentence pronounced by the court and the judgment adjudicating Appellant's guilt. *See* TEX. R. APP. P. 21.8. The trial court ordered that a new adjudication hearing be conducted and that the cause be reinstated on the active docket of the trial court. "Granting a new trial restores the case to its position before

the former trial." Tᴇx. R. Aᴘᴘ. P. 21.9(b). Thus, Appellant has been returned to a position in which there is no judgment of conviction from which to appeal. Consequently, no final, appealable judgment remains over which this court currently has jurisdiction. This dismissal does not in any way prejudice Appellant's right to file a notice of appeal in this cause in the future.

We dismiss this appeal for want of jurisdiction.

PER CURIAM

September 25, 2020

Do not publish. *See* Tᴇx. R. Aᴘᴘ. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.